STATE OF CONNECTICUT *v.* DAVID OSUCH

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 572 (AC 30489), is denied.

*Jodi Zils Gagne*, special public defender, in support of the petition.

*Richard K. Greenalch, Jr.*, special deputy assistant state's attorney, in opposition.

Decided December 8, 2010